FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

09 MAR 18 PM 3: 30

CLE... ...RICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA            :
                                    :
v.                                  :
                                    :   Case No. 8:08-cr-533-T-33TGW
RAUL PEREZ PEREZ,                   :
    a/k/a "Isaid Aguirre Borja,"    :   21 U.S.C. § 846
    a/k/a "Carlos Castello,"        :   21 U.S.C. § 841(a)(1)
    a/k/a "Scarface,"               :   21 U.S.C. § 853 (Forfeiture)
MARCO ANTONIO AGUIRRE BORJA,        :
    a/k/a "Antonio Aguirre,"        :
MANOLO ROBLES RODRIGUEZ, and        :
JOSE RODRIGUEZ                      :

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT ONE

Between at least in or around the Summer 2008 and on or about November 21, 2008, in the Middle District of Florida and elsewhere, the defendants,

RAUL PEREZ PEREZ,
a/k/a "Isaid Aguirre Borja,"
a/k/a "Carlos Castello,"
a/k/a "Scarface,"
MARCO ANTONIO AGUIRRE BORJA,
a/k/a "Antonio Aguirre,"
MANOLO ROBLES RODRIGUEZ, and
JOSE RODRIGUEZ,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, both known and unknown to the grand jury, including Manuel Galvez and Alejandro Montes, to distribute, and to possess with the intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

On or about November 21, 2008, in the Middle District of Florida, the defendants,

> RAUL PEREZ PEREZ,
> a/k/a "Isaid Aguirre Borja,"
> a/k/a "Carlos Castello,"
> a/k/a "Scarface,"
> MARCO ANTONIO AGUIRRE BORJA,
> a/k/a "Antonio Aguirre,"
> MANOLO ROBLES RODRIGUEZ, and
> JOSE RODRIGUEZ,

did knowingly and intentionally distribute, and possess with the intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURES

1. The allegations contained in Counts One and Two of this Superseding Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Count One and/or Two of this Superseding Indictment, punishable by imprisonment for more than one (1) year, the defendants,

RAUL PEREZ PEREZ,<br>
a/k/a "Isaid Aguirre Borja,"<br>
a/k/a "Carlos Castello,"<br>
a/k/a "Scarface,"<br>
MARCO ANTONIO AGUIRRE BORJA,<br>
a/k/a "Antonio Aguirre,"<br>
MANOLO ROBLES RODRIGUEZ, and<br>
JOSE RODRIGUEZ,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

    a. property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation(s); and

    b. property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

3. The property to be forfeited includes, but is not limited to, approximately $13,400 in U.S. currency seized on or about November 21, 2008 from a black Chevy Tahoe bearing FL tag 666LIN.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

               A TRUE BILL

               _____
               FOREPERSON

A. BRIAN ALBRITTON
United States Attorney

By: _____
   CHRISTOPHER P. TUITE
   Assistant United States Attorney

By: _____
   JAMES C. PRESTON, JR.
   Assistant United States Attorney
   Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

RAUL PEREZ PEREZ, a/k/a "Isaid Aguirre Borja," a/k/a "Carlos Castello," a/k/a "Scarface,"
MARCO ANTONIO AGUIRRE BORJA, a/k/a "Antonio Aguirre,"
MANOLO ROBLES RODRIGUEZ, a/k/a
MANOLO ROBLES RODRIGUEZ, and
JOSE RODRIGUEZ

## INDICTMENT

Violations:

21 U.S.C. §§ 846 and 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 18th day

of March, A.D. 2009.

_____
Clerk

Bail $ _____